IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DEMOND STARKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:15-cv-00357 <br> ) Senior Judge Haynes |
| SOUTHERN HEALTH PARTNERS and <br> PSYCHE NURSE MARY [L/N/U], | ) ) ) |
| Defendants. | ) |

**ORDER**

In accordance with the Memorandum filed herewith, Plaintiff's application to proceed *in forma pauperis* (Docket Entry No. 2) is **GRANTED**, but Plaintiff's motions to appoint counsel (Docket Entry Nos. 3 and 5) are **DENIED**. Plaintiff's motion to amend (Docket Entry No. 6) is **DENIED as moot**. This action is **DISMISSED with prejudice** for failure to state a claim. 28 U.S.C. § 1915(e)(2).

Pursuant to 28 U.S.C. §§ 1915(b) and 1914(a), Plaintiff is nonetheless assessed the $350.00 civil filing fee. The Administrator of the Wilson County Jail is **DIRECTED** to submit to the Clerk of Court, as an initial payment, the greater of: (a) 20% of the average monthly deposits to Plaintiff's credit at the jail; or (b) 20% of the average monthly balance to Plaintiff's credit for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, the custodian shall submit 20% of Plaintiff's preceding monthly income (or income credited to Plaintiff for the preceding month), but only when Plaintiff's monthly income exceeds $10.00. 28 U.S.C. § 1915(b)(2). Payments shall continue until the $350.00 filing fee has been paid in full to the Clerk of Court. 28 U.S.C. § 1915(b)(3).

The Clerk of Court **MUST** send a copy of this order to the Administrator of the Wilson County Jail to ensure compliance with that portion of 28 U.S.C. § 1915 pertaining to the payment

of the filing fee. If Plaintiff is transferred from his present place of confinement, the Administrator must ensure that a copy of this order follows Plaintiff to his new place of confinement, for continued compliance herewith. All payments made pursuant to this order must be submitted to the Clerk of Court for the United States District Court for the Middle District of Tennessee, 801 Broadway, Nashville, TN 37203.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 27 day of April, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge